IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff-Respondent, )<br>)<br>v. )<br>)<br>RUBEN JAIME MARTINEZ-<br>QUINTERO, )<br>)<br>    Defendant-Movant. )<br>_____ ) | Case Nos.  CV-07-448-S-BLW<br>                  CR-05-203-S-BLW<br><br>**JUDGMENT** |

Based upon the Court's Order filed herewith, IT IS HEREBY ORDERED AND ADJUDGED that the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Docket No. 1) filed by RUBEN JAIME MARTINEZ-QUINTERO is DISMISSED and Case No. CV-07-448-S-BLW is DISMISSED with prejudice.

DATED: **March 13, 2008**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**Judgment - 1**